# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07–07666-WDK (PJWx) | Date | April 9, 2008 |
|---|---|---|---|
| Title | GARDEN CITY BOXING CLUB. INC.  V. ERICA PONCE | | |

| Present: The Honorable | William D. Keller,  U. S. District Judge | | |
|---|---|---|---|
| Patricia Gomez | none | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (IN CHAMBERS)

The Court, on its own motion, hereby ORDERS plaintiff(s), to show cause in writing no later than April 25, 2008  why this action should not be dismissed for lack of prosecution as to Erica Ponce  dba Mariscos Dos Amigos.  As an alternative to a written response by plaintiff(s), the Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

Plaintiff(s) filing a Motion for Entry of Default Judgment (FRCivP 55b)

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint.  Fed. R. Civ. P. 4 (m). The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court. Local Rule 8.3.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

IT IS SO ORDERED

|  | : |  |
|---|---|---|
| Initials of Preparer | PG | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07–07666-WDK (PJWx) | Date | April 9, 2008 |
|---|---|---|---|
| Title | GARDEN CITY BOXING CLUB. INC.  V. ERICA PONCE | | |